

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00348-CV

**In the Interest of V.R.J.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1997EM504318
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

    The Appellee, Office of Attorney General's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to December 27, 2019.

    It is so **ORDERED** on this 26th day of November, 2019.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court